UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL KEITH WILLIAMS, ) | 1:06-CV-00329 OWW LJO HC |
|          Petitioner, ) | |
|   v. ) | ORDER REQUIRING PETITIONER TO SUBMIT SIGNED DECLARATION |
| SCOTT KERNAN, Warden, ) | |
|          Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Upon a close examination of the petition submitted to the Court, the Court has discovered that the petition does not contain an original signature. Local Rule 7-131 requires a document submitted to the Court for filing to include an original signature. In addition, Rule 2 of the Rules Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."

In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner is ORDERED to submit a document stating that he submitted the instant petition to the Court and sign it under penalty of perjury. The document should contain an original signature. Petitioner is

1  GRANTED twenty (20) days from the date of service of this order to comply with the Court's
2  directive.
3      Petitioner is forewarned that failure to comply with a Court order will result in dismissal of
4  the petition pursuant to Local Rule 11-110.
5  IT IS SO ORDERED.
6  **Dated:   May 24, 2006**              /s/ Lawrence J. O'Neill
   b9ed48                                 UNITED STATES MAGISTRATE JUDGE