UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL KEITH WILLIAMS, | ) | 1:06-CV-0329 OWW LJO HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| SCOTT KERNAN, | ) | (DOCUMENT #20) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 1, 2006, petitioner filed a motion to extend time to file an opposition to the motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file the opposition to the motion to dismiss.

IT IS SO ORDERED.

**Dated:   October 6, 2006**            /s/ Lawrence J. O'Neill
23ehd0                                                    UNITED STATES MAGISTRATE JUDGE