UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL KEITH WILLIAMS, | ) | 1:06-CV-00329 OWW LJO HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING FIRST REQUEST FOR EXTENSION OF TIME |
| SCOTT KERNAN, Warden, | ) | [Doc. #23] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 11, 2006, Respondent filed a first request for an extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss. Accordingly, good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, Respondent is GRANTED an extension of time of thirty (30) days to and including **November 12, 2006**, to file a reply to the opposition.

IT IS SO ORDERED.

**Dated:   October 18, 2006**          /s/ Lawrence J. O'Neill
23ehd0                                                UNITED STATES MAGISTRATE JUDGE