IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL KEITH WILLIAMS,** | 1:06-CV-00329 OWW LJO HC |
| Petitioner, | **ORDER** |
| v. | **Document No. 25** |
| **SCOTT KERNAN, Warden,** | |
| Respondent. | |

      Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 13, 2006, respondent filed a second application/ motion to extend time to file a reply to petitioner's opposition to respondent's motion to dismiss.

      Respondent has requested a second thirty-day extension of time in which to file a reply to petitioner's opposition to respondent's motion to dismiss. GOOD CAUSE APPEARING, respondent is granted an extension of time to and including December 12, 2006, in which to file a reply to the opposition filed by petitioner.

IT IS SO ORDERED.

**Dated:   November 20, 2006**          /s/ Lawrence J. O'Neill
23ehd0          UNITED STATES MAGISTRATE JUDGE