IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KEITH WILLIAMS,<br><br>   Petitioner,<br><br>   vs.<br><br>SCOTT KERNAN,<br><br>   Respondent.<br>_____/ | 1:06-cv-00329-OWW-GSA (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #38)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 7, 2008, petitioner filed a motion to extend time to file objections to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

  IT IS SO ORDERED.

  Dated:   **August 18, 2008**         /s/ **Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE